## Finletter v. Keen.

Argued Jan. 22, 1900. Appeal, No. 375, Jan. T., 1899, by plaintiff, from decree of C. P. No. 1, Phila. Co., Sept. T., 1897, No. 733, dismissing bill in equity, in case of Robert W. Finletter, Receiver of the Acetylene Light, Heat & Power Company, v. Joseph S. Keen, Jr. Before McCOLLUM, MITCHELL, FELL, BROWN and MESTREZAT, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, April 16, 1900:

For the reasons given in the opinion this day filed in the case of Robert W. Finletter, etc., v. Katharine P. Appleton et al. at No. 374, January term, 1899, the assignment of error in this case is overruled, and the decree is affirmed.